IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GEORGE GALLEGOS,**

    Plaintiff,

v.                                  Case No. 15-CV-00638 RB/KK

**RICHARD TRUJILLO, and JASON GALLEGOS,**
**in their individual capacities, and**
**THE CITY OF ESPANOLA,**

    Defendant.

## NOTICE OF ERRATA

    **COME NOW** Defendants by and through their counsel of record Basham & Basham, P.C. (Mark A. Basham and Peter Dwyer) and hereby gives notice that the caption of the Answer to Complaint [Doc.5] contained the following error: Caption should have named RICHARD TRUJILLO instead of RICHARD GALLEGOS.

                                    Respectfully Submitted,

                                    BASHAM & BASHAM, P.C.

                                    */s/ Mark A. Basham*
                                    Mark A. Basham
                                    2205 Miguel Chavez Rd., Suite A
                                    Santa Fe, New Mexico 87505
                                    T: 505-988-4575
                                    mbasham@bbpcnm.com
                                    pdwyer@bbpcnm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November, 2015, I filed the foregoing Notice of Errata electronically through the CM/ECF system which caused all parties and/or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

                                                ***/s/ Mark A. Basham***
                                                Mark A. Basham