# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Kirtan Khalsa
## United States Magistrate Judge

### Clerk's Minutes

15cv638 RB/KK

*Gallegos v. Trujillo et al*

Wednesday, November 4, 2015, at 1:30 p.m.

**Plaintiff's Attorney Present:**                      Richard Rosenstock

**Defendants' Attorney Present:**                      Peter Dwyer

**TYPE OF PROCEEDING:**     Rule 16 Initial Scheduling Conference
                                           Total Time – 40 Minutes

**COURT'S NOTES/RULINGS:**

The Court will enter an Order Adopting Joint Status Report and Provisional Discovery Plan With Changes and Setting Case Management Deadlines on a modified 120-Day Discovery Track. The Court will enter an Order Setting Rule 16 Settlement Conference for Thursday, February 11, 2015.

The Court addressed Defendants' exceptions in the Joint Status Report. The court encouraged the parties to meet and confer by phone or in person to resolve discovery disputes, if any. The court also encouraged the parties to enlist the court's assistance in resolving their discovery disputes prior to engaging in motion practice.

The Court advised the parties to consult its webpage for its Guidelines for Proposed Protective Orders before submitting a Confidentiality Order.

The parties will supplement their disclosures or discovery responses pursuant to Fed. R. Civ. P. 26(e)(1) within thirty days of learning any disclosure or response is incomplete or incorrect during the discovery period, and within fourteen days once the discovery period is closed.