

**EXHIBIT 2**

## Clinician Encounter
### INITIAL PROBLEM VISIT

**Concentra**
*treated right*

| Patient Name: | DOB: | SSN: |
|---|---|---|
| GALLEGOS, GEORGE SR | 05/13/1966 | 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 |

| Patient ID#: | Onset of Illness/Injury: | Visit Date: |
|---|---|---|
| 100-513-682 | HURT ARM | 02/21/2014 |

### MEDICAL HISTORY

**CHIEF COMPLAINT(S):** Claim injury to police altercation pain 10/10. Injured today @ 7:15 AM. he reports interaction c̄ police. Claims twisted behind back & placed in cuffs. Reports

**HPI:** (duration, onset, aggravating & relieving factors, quality, severity, location, radiation, previous episodes, etc.)
pop in ® anterior shoulder as arm turned to back. C/o pain to L lat ® neck, ant & post shoulder, lateral chest wall, entire ® arm. Feels numb in ® shoulder & upper arm √ PROM, pain c̄

**ROS:** | **Normal** | **(✓ if abnormal)**
General | ☐ | ☐ fever ☐ chills ☐ night sweats ☐ tiredness ☐ weight change ☐ appetite change
Head/Face | ☐ | ☐ sinus pain ☐ sinus drainage ☐ headache ☐ facial pain
Ears | ☐ | ☐ earache ☐ ear discharge ☐ decreased hearing ☐ tinnitus
Eyes | ☐ | ☐ eye pain ☐ red eye ☐ blurred vision ☐ double vision ☐ eye discharge
Oral cavity | ☐ | ☐ sore throat ☐ swallowing difficulty ☐ toothache ☐ gum swelling ☐ hoarseness
Skin | ☐ | ☐ rash ☐ itching ☐ bites ☐ sores ☐ redness
Cardiovascular | ☐ | ☐ chest pain ☐ palpitation ☐ edema
Respiratory | ☐ | ☐ cough ☐ breathlessness ☐ wheezing ☐ sputum ☐ bloody sputum
Abdomen | ☐ | ☐ pain ☐ nausea ☐ vomiting ☐ bloody vomiting ☐ diarrhea ☐ bloody or dark stools
Bones/Joints | ☐ | ☑ joint pain ☑ joint swelling ☐ redness ☑ limited movement
CNS | ☐ | ☐ headache ☐ weakness ☐ numbness ☐ tingling ☐ poor balance or coordination
Genitourinary | ☐ | ☐ frequency ☐ urgency ☐ burning ☐ bloody urine ☐ discharge ☐ irregular periods
Psych | ☐ | ☐ mood ☐ interest ☐ concentration ☐ sleep problems ☐ suicidal ideation ☐ anxiety

**Explain (if abnormal):** neck motion ® rotation → radiation to scapular 5/10
Reports ®.

**Occupation:** disabled 2° TBI

**Allergies:** ☒ none

**Past Medical:** ☐ none ☐ significant — Reports ® Rt arm pain ≤ 2 wks prior to today
**Past Surgical:** ☐ none ☐ significant — hx of trauma prior to today
**Family History:** ☐ none ☐ significant
**Medications:** ☐ none ☐ OTC ☒ Rx — Tylenol / Valium 10 mg tx sleep
**Habits:** ☐ none ☐ smoking ___ cig/day ___ yrs ☐ snuff ☐ exercise – 30 min 5+ days
         ☐ alcohol ___ drinks/day ☐ others ___ ☐ diet – 5+ fruit/veg per day
**Immunizations:** ☐ none ☐ not UTD

**Provider Name (Please Print):** Desnoff
**Provider Signature:** [signature]
**Visit Date:** 02/21/2014

Patient Name: BALLEGOS, GEORGE SR
DOB: 05/13/1966

Temp: 97.4 °F   Pulse: 81 /min   BP: 164/113 mm Hg   Resp: ___ /min   BMI: ___
Ht: ___ in   Wt: 135 lbs   O2 sat ___ %   Vision: R___ L___   LMP: ___   WC: ___ NC: ___
Time of Vitals ___   RN/MA Initial ___

## Physical Examination

| | Normal | Abnormal |
|---|---|---|
| Appearance | ☐ no acute distress<br>☐ alert & oriented x 3 | mod distress 2° pain |
| HEENT | ☐ atraumatic, normocephalic<br>☐ external auditory canal & TM's<br>☐ nose & paranasal sinuses<br>☐ lips, teeth & gums<br>☐ tonsils & pharynx<br>☐ eye lids & conjunctivae<br>☐ pupils (perrl), eomi ☐ fundoscopic | ecchymosis medial ⓡ elbow no swelling<br>no erythema throughout. Skin intact.<br>exaggerated response to palpation<br>tender to palpation ⓡ paraspinals cervical |
| Neck | ☐ supple<br>☐ lymph nodes<br>☐ thyroid | trapezius, diffusely to shoulder upper<br>arm wrist elbow hand forearm · |
| Cardiovascular | ☐ regular rate & rhythm<br>☐ carotids & abdominal aorta<br>☐ peripheral pulses | ↓ hand grip ⓡ c̄ pain |
| Respiratory | ☐ symmetric chest movements<br>☐ clear to auscultation bilaterally | sensation intact - reports sensation of |
| Abdomen | ☐ soft, non tender, + bowel sounds<br>☐ no organomegaly<br>☐ costovertebral angle<br>☐ rectal (if indicated) | bears stuck with needles to soda twitch<br>elbow flexion @ 120° c̄ pain |
| Genitalia | ☐ hernia<br>☐ male<br>☐ female (external) ☐ pelvic | elbow extension ⓡ minus 15° c̄ pain |
| Neurological | ☐ cranial nerves (II – XII)<br>☐ strength ☐ sensation<br>☐ reflexes ☐ gait | pain c̄ axial compression neck·<br>↓ ROM ⓡ c̄ extension c̄ pain |
| Musculoskeletal | ☐ spine<br>☐ bones & joints | ↓ ROM shoulder all planes c̄ pain |
| Extremities<br>Breast | ☐ FROM ☐ no CC or E<br>☐ chest wall<br>☐ breast & axillae | refused to get all labs · |
| Skin | ☐ intact ☐ no rash or lesions | |
| Psych | ☐ affect & thought process | |

## Office Lab / Radiology / Tests

☒ X-ray
Type: shoulder ⓡ   Prelim Interpretation: ⓞ forearm ⓞ
Type: humerus ⓡ   ⓞ wrist ⓞ
Type: elbow ⓡ

☐ Lab   Result
☐ Rapid Strep
☐ HCG
☐ Influenza A&B
☐ Mono
☐ UA

☐ Blood Sugar   Result
☐ Guaiac
☐ Rapid HIV
☐ Other

Test   Interpretation
☐ Audio
☐ EKG
☐ PFT
☐ Peak Flo ___ Repeat #2 ___ Repeat #3 ___

Provider Name (Please Print): Deshoff
Provider Signature: D
Visit Date: 02/21/2014

# Patient Discharge Instructions



**Patient:** GALLEGOS, GEORGE SR

**MRN #:** 100-513-682

**Date:** 02/21/2014

## INSTRUCTION SHEET(S) TO BE PROVIDED:

| | | | |
|---|---|---|---|
| ☐ Angina | ☐ Conjunctivitis | ☐ Head Injury | ☐ Pharyngitis |
| ☐ Animal bites | ☐ Contact Dermatitis | ☐ Herpes Zoster | ☐ Pneumonia |
| ☐ Asthma | ☐ Dehydration | ☐ Hemorrhoids | ☐ Poison Ivy |
| ☐ Back Pain/Muscle Strain | ☐ Diarrhea | ☐ Hives | ☐ R.I.C.E. Treatment |
| ☐ Bronchitis | ☐ Foreign Body in Eye | ☐ Influenza | ☐ Sinusitis |
| ☐ Burns | ☐ Fracture(s) | ☐ Mononucleosis, infectious | ☒ Sprain/Strain |
| ☐ Bursitis | ☐ Gastroenteritis | ☐ Osteoarthritis | ☐ Strep Throat |
| ☐ Cellulitis | ☐ GERD | ☐ Otitis Media | ☐ U.T.I. |
| ☐ Common cold | ☐ Gout | ☐ Otitis Externa | ☐ Other _____ |

## WOUND CARE INSTRUCTIONS:

Good wound care will help prevent infection and promote healing. Elevation of the injured area should help to decrease pain and swelling. Please follow the checked instructions regarding wound care:

- ☐ Keep wound clean and dry
- ☐ No ointment necessary
- ☐ Change dressing ___ times per day.
- ☐ Soak in warm water ___ times per day.
- ☐ Apply ointment ___ times a day.
- ☐ Keep dressing in place.
- ☐ Keep wound open to air.
- ☐ Return in ___ days for wound check and/or suture removal.

Particularly pay attention to the following signs of infection: Increased pain, redness, swelling, red streaks, purulent drainage, foul odor or fever. Be careful not to impair circulation when redressing wounds (do not bandage too tightly)!

## FOLLOW UP INSTRUCTIONS:

- ☐ Return to the clinic if problem(s) or condition(s) worsen
- ☐ Return to clinic in _____ days or sooner if condition worsens.
- ☐ Please contact Dr. _____ office for follow up visit, to be seen in ___ days
- ☐ Return to clinic if you are no better in _____ days
- ☐ Take medications exactly as directed
- ☐ Please contact the clinic if you have any questions and/or concerns

## ADDITIONAL DISCHARGE INSTRUCTIONS (INCLUDING WORK/ACTIVITY RESTRICTIONS):

- Ibuprofen 800 mg - 3x daily, Tylenol 1 tab 3x daily as needed
- ICE x 48° then soak in warm water & Epsom salts as discussed
- Follow up with private MD and Physical Therapy

**EXAMINED BY:**

Provider Signature

Patient Signature