# UNIFORM INCIDENT REPORT

| | | |
|---|---|---|
| ORI NO. | NM0210100 | |
| INCIDENT NO. | 14-03-248 | |
| PAGE | 1 OF 1 | |

**OCCURRENCE DATE(S)**
- ON: 02/21/2014, TIME 07:00, Fri
- OR: 02/21/2014, TIME 09:00, Fri
- DATE REPORTED: 03/31/2014, TIME 12:32, Mon

**AGENCY/COUNTY:** ESPANOLA POLICE
**ADDRESS/LOCATION OF INCIDENT:** 940 N RAILROAD AVENUE
**CITY:** ESPANOLA
**ZIP:** 87532

## OFFENSE / INCIDENT

1. DOCUMENTED INFORMATION — COM CAT: X, LCDAY CODE: 13, WEAPON CODE: 40, IND: X

## PERSONS

**Person 1:** T / I
- NAME: GALLEGOS, GEORGE R.
- DOB: /1966
- AGE: 47
- SEX: M
- STREET ADDRESS: P.O. BOX 402
- CITY: SANTA CRUZ, STATE: NM, ZIP: 87567
- HEIGHT: 5'08", WEIGHT: 140, EYES: BRO
- DRIVER'S LICENSE NO.: 035579249

**Person 2:** V / S
- NAME: CITY OF ESPANOLA
- DOB: 00/00/0000
- SEX: U
- RES. PHONE: 505-747-6000
- CITY: ESPANOLA, STATE: NM, ZIP: 87532
- BUS. PHONE: 505-747-6100
- HEIGHT: '0", WEIGHT: 155
- EMPLOYER/SCHOOL: ESPANOLA POLICE DEPARTMEN

**Person 3:**
- DOB: 00/00/0000

## VEHICLE

VALUE/DAMAGE EST.: 0.00

| PROPERTY STATUS | 1-STOLEN<br>2-STOLEN & RECOVERED<br>3-RECOVERED (STOLEN THIS JURIS) | 4-RECOVERED (STOLEN OTHER JURIS)<br>5-EVIDENCE<br>6-LOST | 7-FOUND<br>8-COUNTERFEIT/FORGED<br>9-DAMAGED/DEFACED/DESTROYED/VANDALIZED | 10-BUYBACK<br>11-SEIZED<br>12-USED IN CRIME | 13-SAFEKEEPING<br>14-UNKNOWN<br>15-EMBEZZLED |
|---|---|---|---|---|---|
| PROPERTY TYPE | 01-ALCOHOL<br>04-BICYCLES<br>05-CLOTHING/FURS<br>07-COMPUTER HARDWARE/SOFTWARE<br>08-CONSUMABLE GOODS<br>09-CREDIT/DEBIT CARDS<br>10-DRUGS/NARCOTICS<br>11-DRUG/NARCOTIC EQUIPMENT | 12-FARM EQUIPMENT<br>13-FIREARMS<br>14-GAMBLING EQUIPMENT<br>15-HEAVY CONSTRUCTION/INDUSTRIAL EQUIP.<br>18-HOUSEHOLD GOODS<br>17-JEWELRY/PRECIOUS METALS<br>18-LIVESTOCK<br>19-MERCHANDISE | 20-MONEY<br>21-NEGOTIABLE INSTRUMENTS<br>22-NON-NEGOTIABLE INSTRUMENTS<br>23-OFFICE EQUIPMENT<br>24-PURSES/HANDBAGS/WALLETS<br>25-RADIOS/TV/VCR<br>27-RECORDINGS/AUDIO/VISUAL<br>29-STRUCTURES-SINGLE OCCUPANCY | 30-STRUCTURES-OTHER DWELLINGS<br>31-STRUCTURES-OTHER COMM/BUSINESS<br>32-STRUCTURES-INDUSTRIAL/MANUF.<br>33-STRUCTURES-PUBLIC/COMMUNITY<br>34-STRUCTURES-STORAGE<br>35-STRUCTURES-OTHER<br>36-TOOLS<br>38-VEHICLE PARTS/ACCESSORIES | 40-ROWING EQUIPMENT<br>77-OTHER<br>98-PENDING INVENTORY<br>99-SPECIAL CATEGORY |
| DRUG TYPE | A-CRACK   D-HEROIN<br>B-COCAINE  E-MARIJUANA<br>O-HASHISH  F-MORPHINE | G-OPIUM<br>H-OTHER NARCOTICS<br>I-LSD | J-PCP<br>K-OTHER HALLUCINOGENS<br>L-AMPH/METHAM. | M-OTHER STIMULANTS<br>N-BARBITURATES<br>O-OTHER DEPRESSANTS | P-OTHER DRUGS<br>U-UNKNOWN<br>X-OVER 3 TYPES |
| FIELD UNIT OF MEASURE | GM-GRAM  KG-KILOGRAM  OZ-OUNCE  LB-POUND  GL-GALLON  NP-NO. PLANTS  LT-LITER  FO-FLUID OUNCE  DU-DOSAGE UNITS  ML-MILLILITER | | | | |

### PROPERTY

| 1-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
|---|---|---|---|---|---|---|
| SUSPECTED DRUG TYPE | QUANTITY/ UNIT OF M. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | | NIC NO. |
| 2-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY/ UNIT OF M. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | | NIC NO. |
| 3-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY/ UNIT OF M. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | | NIC NO. |
| 4-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY/ UNIT OF M. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | | NIC NO. |

M.O. EVENT CODES: (AGENCY OPTIONAL USE)   TOTAL VALUE STOLEN $   TOTAL VALUE REC. $

### NARRATIVE

### CERT. / STATUS

| "I WILL PROSECUTE/TESTIFY SHOULD THE OFFENDER BE ARRESTED." | YES | NO | "I UNDERSTAND IT IS A CRIMINAL OFFENSE TO FILE A FALSE REPORT TO POLICE." | COMPLAINANT / VICTIM CERTIFICATION SIGNATURE  X | | | | DATE / / |
|---|---|---|---|---|---|---|---|---|
| REPORTING OFFICER GALLEGOS, JASON R. | | | I.D. NO. 596 | DATE 03/31/2014 | DETECTIVE/FOLLOW-UP OFFICER / REFERRED TO | | I.D. NO. | DATE 00/00/0000 |
| ASSISTING OFFICER | | | I.D. NO. | DATE | PROCESSED BY | DATE | DATA ENTRY PERSON | DATE |
| APPROVING OFFICER | | | I.D. NO. | DATE | STATUS / CASE CLEAR / HOW CLEAR / EXCEPT CODE (X / X) | | LOCATION OF OFFENSE & PROSECUTION DECLINED / EXTRADITION DENIED | VICTIM REF. TO COOPERATE E-AVENUE NO CUSTODY N-NOT APPLICABLE |
| AGENCY OPTIONAL USE (DISTRIBUTION, OTHER OFFICERS, ETC.) | | | | CASES CLEARED BY THIS ARREST CASE NO. | | CASE NO. | CASE NO. | REV. 2/93 |

Incident Narrative
14-03-248

On February 21, 2014 at approximately 0700-0900 hours I was dispatched to Railroad Avenue in front of the YDI head start building to make contact with a male individual who was seen acting disorderly on the side of the road. The disorderly acts that the individual was seen engaging in were standing in front of passing vehicle, flipping off passing vehicles, and throwing rocks at passing vehicles. The male individual was later identified as George R. Gallegos. Numerous calls to Espanola dispatch were received on Mr. Gallegos's actions. Mr. Gallegos was reported on more than one occasion. Responding officers on other occasions were unsuccessful in finding Mr. Gallegos due to Mr. Gallegos's departure from the scene prior to their arrival. Officer Richard Trujillo assisted me on this incident and arrived on scene with me in his own patrol unit.

Upon my arrival I witnessed Mr. Gallegos standing on the east side of Railroad Avenue wearing a blue in color jean jacket. I exited my patrol unit and called Mr. Gallegos to my unit. Mr. Gallegos responded by saying "What's up" tilting his head back. Mr. Gallegos had his hands inside his jacket pockets and I asked Mr. Gallegos to walk towards me and to take his hands out of his pockets. Mr. Gallegos refused and continued to walk towards me with his hands still in his pocket. I asked Mr. Gallegos to take his hands out of his pocket, again. Mr. Gallegos again refused and continued to walk towards me. I approached Mr. Gallegos and gained control of his right arm by putting him in a c-clamp hold. Mr. Gallegos tensed up and pulled away from my control. Officer Trujillo witnessed Mr. Gallegos pull away from my control and immediately gained control of his left arm in the same manner that I did. Mr. Gallegos was placed in handcuffs for officer safety as well as his. I conducted a pat down search of Mr. Gallegos to ensure he did not have any weapons on his person. Mr. Gallegos was told he was not under arrest but was going to be placed in the back seat of my unit while we talk. Mr. Gallegos was placed in the back seat of my patrol unit because there were children around who had already witnessed Mr. Gallegos being placed in handcuffs. One of the children belonged to Mr. Gallegos and was believed to be his step son. The child screamed at me not to arrest his dad at which point I stated everything is going to be fine I just needed to talk to him.

I continued talking to Mr. Gallegos about his disorderly acts and he stated to me he was upset at vehicles passing because they were driving fast. I stated to Mr. Gallegos I understood his frustrations but it was not ok to flip off vehicles, throws rocks at vehicles, or stand in the middle of the roadway to get the attention of vehicles passing as reported. Mr. Gallegos stated he understood. I asked Mr. Gallegos where he lived and he stated to me he lived about three houses north of where we were. I asked Mr. Gallegos if he wanted a ride to his house and we could discuss this issue at his residence. Mr. Gallegos agreed. I stated to Mr. Gallegos he has to remain in handcuffs when in the back seat of my patrol unit. Mr. Gallegos understood. I drove Mr. Gallegos to his residence and immediately let him out of the back seat of my patrol unit and took the handcuffs off him. I again stated to Mr. Gallegos his actions towards the vehicles were wrong and if he wanted to report vehicles speeding down the road he could call Espanola central dispatch and request for courtesy rounds by officers on duty. Mr. Gallegos acknowledged by saying ok. Mr. Gallegos continued to walk to towards his residence. Mr. Gallegos was never placed under arrest and was advised of that. Mr. Gallegos was placed in handcuffs for refusing to take his hands out of his pockets and approaching me.
THIS CONCLUDES MY OFFICIAL POLICE REPORT. NO CHARGES WERE FILED IN REGARDS TO THIS INCIDENT.

Officer Jason R. Gallegos

Patrolman/EPD #20
Patrol Division
Espanola Police Department