**TRIAGE** DATE 3-8 TIME 1044  1 2 (3) 4 5

NAME: George Gallegos
D.O.B.: 5-13-66   AGE: 47  (M) / F
HISTORIAN: (patient) paramedics family
BARRIERS: learning communication interpreter

ARRIVAL MODE: (car) EMS police
PCP: (none)  Ryan Td 4yrs
IMMUNIZATIONS: flu  B  pneumovax
TREATMENT PTA  see EMS report  IV  O2  c-collar  backboard
last blood glucose _____ mg/dL
VITALS  Height _____  Weight 56.8 kg
BP 157/106  P 80  RR 18  Temp 97.4°F  TM O / R
SpO2 94 % RA / ___ L O2 via NC / mask
PAIN LEVEL (1/10) current: 10/10  max __/10  acceptable __/10
scale used- Wong-Baker  Riley

CHIEF COMPLAINT: 70 (L) sided neck pain
occurred  just PTA ___ min / hrs / days ago  acute  chronic
recent injury _____ ambulatory at scene  radiates
40 (L) wrist x 4 days

quality: stiffness, spasm, stabbing, sharp, dull, burning, tightness, numbness
location of pain: [body diagram]
radiation to _____

MECHANISM
no known recent injury _____  fall _____
lifting (twisting) arm _____ pulling / pushing
injury on duty _____
SAFETY  none  wearing back brace
ALLERGIES (NKDA)
PCN / ASA / sulfa / codeine / iodine / latex
MEDS  none  (see med list)  Mids cracker alone
PAST MEDICAL HX  previous back injury
kidney stone / asthma / heart disease / (HTN) TBI
diabetes: Type I  Type 2  diet / oral / insulin
past surgeries  none  knee (R)
LNMP  NA  pregnant / postmenop / hyst
SOCIAL HX  occupation _____
smoked in past 12 months  1/2 ppd  quit date _____
drugs / alcohol
smoking / alcohol cessation counseling

**SEPSIS SCREENING CRITERIA**  MET  (NOT MET)
Notify physician if the patient is positive for the following:
☐ Suspected or confirmed Infection
AND 2 of the 5 criteria below
☐ Temperature > 38°C (100.4°F) or < 36°C (96.8°F)
☐ Heart Rate > 90 bpm
☐ Respiratory Rate >20/min or PaCO2 < 32 mmHg
☐ Altered mental status (not a pre-existing condition)
☐ Chills with rigors
Additional:
☐ Systolic BP < 90mmHG -- think Septic Shock

04 - - - - - - Back Injury / Pain - - - - -
**SCREENINGS**
infectious disease risk  hepatitis / HIV / TB exposure / symptoms  0
physically hurt or threatened by someone close  0
fall risk  0  suicide risk  0

RN Signature  Rachel Garcia RN
TIME TO ROOM: 1101  ROOM: 10
**PRIMARY ASSESSMENT**  TIME: 1101
✓ Airway patent  __ compromised
✓ Breathing unlabored  __ labored / respiratory distress
✓ Circulation nml  __ pale / diaphoretic
✓ neuro awake alert  __ lethargic / obtunded

**SECONDARY ASSESSMENT**
NEURO  __ disoriented to _____
✓ oriented x 4  person place time situation
✓ moves all extremities  __ weakness / sensory loss
✓ nml gait  __ gait unsteady / shuffling
BACK  __ pain with ROM
✓ non-tender
✓ painless ROM
CHEST  __ wheezing / rales / rhonchi
✓ no evidence of trauma  __ tenderness
✓ nml breath sounds
✓ non-tender
CVS  __ tachycardia / bradycardia
✓ regular rate  __ pulse deficit  pedal
✓ pulses strong
ABDOMEN / GU  __ tenderness / guarding / rebound
__ nml inspection  __ bowel sounds  hyper  hypo  absent
__ soft, non-tender  __ rigid / distended
__ bowel sounds nml  __ catheter present
SKIN  __ cool / cyanotic
✓ warm, dry  __ open wound / lesion(s)
✓ intact  __ rash
__ pressure ulcers  sacrum  hip  heel

**FUNCTIONAL / NUTRITIONAL ASSESSMENT**
✓ independent ADL  __ assisted / total care
✓ appears well  __ obese / malnourished
__ nourished / hydrated  __ recent weight loss / gain
✓ fall risk assessment  SCHMID Score 0

ADDITIONAL FINDINGS:  states (R) arm twisted back
pain (L) side neck & (L) wrist

**INITIAL ACTIONS**

| TIME | | | INIT |
|---|---|---|---|
| 1101 | ID / allergy band | applied / verified | RB |
| | c-collar / backboard | applied | |
| | disrobed / gowned | blanket provided | |
| | ice pack | elevation | |
| | bandage | dressing | |
| | bed low position | side rails up  x1  x2 | |
| | call light in reach | head of bed elevated | |

Nurse Signature  RBusto RN

★ core measures for Pneumonia / AMI  ♦ Regulatory Measure

GALLEGOS, GEORGE R
001270948-4068
05/13/1966
PMG, EMERGENCY MEDIC, ATN.
000213426

03/08/14
47Y/M

**PRESBYTERIAN**
Healthcare Services
☐ Espanola ED
**GENCY NURSING RECORD**