Gallegos, George R (MR # 1505417)                                    Encounter Date: 05/14/2014

**EXHIBIT**
**9**

## Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Gallegos, George R | Male | 6/13/1966 | xxx-xx-4222 |

## Progress Notes

George R Gallegos (MR# 1505417)

### Vitals - Last Recorded

| BP | Pulse | Resp | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 149/101 | 78 | 18 | 1.74 m (5' 8.5") | 60.328 kg (133 lb) | 19.93 kg/m2 |

SpO2
96%

Progress Notes signed by Herbert V Rachelson, MD at 05/29/14 1547

| Author: | Herbert V Rachelson, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 05/29/14 1547 | Note Time: | 05/14/14 1057 | Note Type: | Progress Notes |

### Orthopedic Clinic Note:

### Subjective:

HPI:
George R Gallegos is a 48 y.o male here for left sh pain Twisted by police 2/21/14 Also left neck pain. Patient is not improved still shoulder and neck pain worse with use of arm.

No Known Allergies

Scheduled Meds:

Continuous Infusions:

PRN Meds:.

**Past Medical History**
Diagnosis                                                                                         Date
- H/O alcohol abuse
    *quit x4/years*
- History of drug abuse
    *quit x4/years*
- Chronic pain following surgery or procedure
- Malignant bone tumor
    *right femur*
- Brain injury
- cancer
    *knee cancer.*

**Past Surgical History**
Procedure                                                                                         Date
- Hx total knee arthroplasty
    *x2; has distal femur prosthesis secondary bone tumor*

No family history on file.
**History**

Social History Narrative

Gallegos, George R (MR # 1505417)                               Encounter Date: 05/14/2014

- No narrative on file

Review of Systems -
General: negative for - night sweats, weight gain or weight loss
Musculoskeletal: see HPI for pertinent positives
Neurological: negative for - gait disturbance, impaired coordination/balance, numbness/tingling or weakness

### Objective:

BP 149/101 | Pulse 78 | Resp 18 | Ht 1.74 m (5' 8.5") | Wt 60.328 kg (133 lb) | BMI 19.93 kg/m2 | SpO2 96%

Physical Exam:
General: Well appearing, no acute distress
MS: Left sh painful arc movement + impingement , limited abduction and ext rotation
Neuro: pain down left arm from neck

- Imaging: no fracture or dislocation

### Assessment and Plan:
1. **Left shoulder pain**
   And limited motion

   - MRI upper ext any jt wo contrast lt; Future

Herbert Rachelson, MD

Electronically signed by Herbert V Rachelson, MD at 5/29/2014 3:47 PM

## Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Gallegos, George R | Male | 5/13/1966 | xxx-xx-4222 |

### Operative Note signed by Herbert V Rachelson, MD at 09/05/14 1651

| Author: | Herbert V Rachelson, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 09/05/14 1651 | Note Time: | 09/04/14 1716 | | |

## OPERATIVE NOTE

**Date:** 9/4/2014                                   **Time:** 5:16 PM

**Pre-Op Diagnosis Codes:**                         Postop Diagnosis: impingement bursitis left
* Bicipital tenosynovitis, left [726.12]            shoulder

**Procedure(s):**                                   Surgeon(s) and Role:
left shoulder arthroscopy, subacromial               * Herbert V Rachelson, MD - Primary
decompreesion and synovectomy                        * Yolanda Martinez-Salazar, PA-C - Physician
                                                    Assistant
**Anesthesia Type:**                                General

**Anesthesia Provider:**                            Pamela Carlson, CRNA - CRNA

## PROCEDURE DETAILS

**Findings:**          Same as postoperative diagnosis and impingement bursitis

**Procedure Details:** arthroscopy left shoulder bursectomy and subacromial Decompression
**Estimated Blood**    20 mL
**Loss:**

**Tissue Removed or**  bursa
**Altered:**

**Implants:**          None
**Cultures:**          None
**Drains:**            None

**Complications:**     None

## POST SURGICAL DETAILS

**Postoperative**      None
**Antibiotics:**
**VTE**                Not indicated/Contraindicated: Patient is ambulatory
**Prophylaxis:**
**Disposition:**       PACU - hemodynamically stable.

PREOPERATIVE DIAGNOSIS:
Biceps tendinitis and rotator cuff tear, possible labral tear.

POSTOPERATIVE DIAGNOSIS:
Impingement bursitis, left shoulder.

PROCEDURE:
Arthroscopic evaluation left shoulder with arthroscopic subacromial decompression and bursectomy.

SURGEON:
Herbert V. Rachel, MD

ASSISTANT:
Michelle Salazar, PA

ANESTHESIA:
General intubated, Pam Carlson, CRNA

INDICATIONS AND OPERATIVE FINDINGS:
The patient is a 48-year-old male with problems with the shoulder for several months with worsening pain and limitation of motion. MRI done in May 2014 showed possible biceps tendinitis with irregularity of the biceps tendon and irregularity of the insertion of the rotator cuff with possible superior labral tear. Intraoperatively, the labrum appeared to have a normal variant of a Buford complex anteriorly and a very heavy [Frange] region for the superior to posterior labral attachment. There was no separation of the labrum superiorly. The rotator cuff appeared to be intact both from the intraarticular portion. The undersurface of the rotator cuff was completely normal. The superior cuff and showed a very heavy bursitis with bursal veil and impingement changes to the superior portion of the rotator cuff. There was a large inferior spur of the acromion that was trimmed and smoothed.

DESCRIPTION OF PROCEDURE:
The patient was placed, general intubated anesthesia, beach-chair position. The arm was supported with a spider with prepping and draping of the left shoulder in the usual sterile manner. Multiple port arthroscopy was performed with the arthroscope posteriorly. Evaluation of the undersurface of the cuff showed nice smooth area, very heavy superior labrum. It was trimmed. There was no detachment of the labrum superiorly. Anteriorly, there was a Buford complex of the anterior superior labral attachment. There was no feeling of instability. There was some drive through that was noted, but the patient had no history of instability or dislocation. The superior labrum was well attached. In the subacromial space there was heavy bursa that was debrided partially removed both from anterior and lateral portion the shoulder and then the large inferior osteophyte of the acromion was trimmed and smoothed using a 4 mm bur. The undersurface of the acromion was cleaned of soft tissue. The bursal redundant tissue was removed. The bursal veil was removed. The arm was moved through a range of motion to ensure that there was no impingement. Instrumentation was removed. The portals were closed. Sterile dressing as applied, the arm in a shoulder support placed. The patient removed to recovery room. No complications occurred.

The assist of Yolanda Salazar, PA, present from beginning to end of procedure, was necessary for help with arm position, instrumentation for the arthroscopic portion and surgery and wound closure.

#1151603

Revision History