

EXHIBIT 9

**PRESBYTERIAN**

Itemized Billing Statement

George R Gallegos
PO BOX 706
OHKAY OWINGEH, NM 87566

Hospital Account: 35021384
Patient Name: Gallegos, George R
Account Balance: 0.00

Admission Date: 09/04/2014
Discharge Date: 09/04/2014

**Hospital Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/04/14 | 0301 | 30100326 | HC POC GLUC BLD TEST MONITORING DEVICE | 1 | 48.00 |
| 09/04/14 | 0272 | 27200401 | HC KIT CATH PERCU | 1 | 344.00 |
| 09/04/14 | 0272 | 27200279 | HC CATHETER IV 16 X 1 1/4 | 1 | 9.00 |
| 09/04/14 | 0272 | 27200389 | HC IV PRIMARY INTERLINK AB | 1 | 51.00 |
| 09/04/14 | 0272 | 27200390 | HC IV SECONDARY INTERLINK | 1 | 10.00 |
| 09/04/14 | 0272 | 27200017 | SOLN IRR 0.9% NACL 3L BG | 4 | 107.42 |
| 09/04/14 | 0271 | 27100001 | SLV CMPR MED KN SCD EXP | 1 | 110.00 |
| 09/04/14 | 0272 | 27200017 | SUT ETHLN 3-0 PS2 BLK | 1 | 16.68 |
| 09/04/14 | 0271 | 27100001 | BLADE SHVR AGRS + LG HUB ASCP | 1 | 196.92 |
| 09/04/14 | 0272 | 27200017 | CANN ARTHREX 8.25 X 7CM | 2 | 225.00 |
| 09/04/14 | 0272 | 27200017 | CANN ARTHREX 7MM DISP | 3 | 337.50 |
| 09/04/14 | 0272 | 27200017 | ELCTRD ELCSURG VPRTRD 4MM90DEG | 2 | 1,020.00 |
| 09/04/14 | 0272 | 27200017 | BUR BARREL 4.0 | 1 | 266.75 |
| 09/04/14 | 0272 | 27200017 | ANGLED SHAVER | 1 | 282.24 |
| 09/04/14 | 0360 | 36000037 | HC OR ACUITY 3 | 1 | 7,080.00 |
| 09/04/14 | 0272 | 27200221 | HC ANESTHESIA SUPPLY CHARGE | 1 | 255.00 |
| 09/04/14 | 0710 | 71000040 | HC RECOVERY ROOM 1ST HOUR EA 15 MIN | 4 | 1,672.00 |
| 09/04/14 | 0710 | 71000041 | HC RECOVERY ROOM EA 15 MIN | 3 | 135.00 |
| 09/04/14 | 0370 | 25000003 | HC ANESTHESIA AGENT CHARGE | 7 | 260.05 |
| 09/04/14 | 0360 | 36000080 | HC OR STAFF 2 15 MIN | 6 | 2,490.00 |
| 09/04/14 | 0636 | J2405 | ONDANSETRON 4 MG/2 ML SOLN 2 ML VIAL | 4 | 7.00 |
| 09/04/14 | 0636 | J1200 | DIPHENHYDRAMINE 50 MG/ML SOLN 1 ML VIAL | 1 | 7.00 |
| 09/04/14 | 0250 | 25000002 | ROCURONIUM 10 MG/ML SOLN 5 ML VIAL | 1 | 44.00 |
| 09/04/14 | 0636 | J0330 | SUCCINYLCHOLINE 20 MG/ML SOLN 10 ML VIAL | 10 | 17.00 |
| 09/04/14 | 0636 | J3010 | FENTANYL 50 MCG/ML SOLN 2 ML AMPUL | 1 | 7.00 |
| 09/04/14 | 0636 | J0690 | CEFAZOLIN 1 GRAM/50 ML PGBK 50 ML BAG | 2 | 31.00 |
| 09/04/14 | 0250 | 25000002 | EPHEDRINE 50 MG/ML SOLN 1 ML AMPUL | 1 | 7.00 |
| 09/04/14 | 0250 | 25000002 | ROCURONIUM 10 MG/ML SOLN 5 ML VIAL | 1 | 44.00 |
| 09/04/14 | 0250 | 25000002 | LABETALOL 5 MG/ML SOLN 20 ML VIAL | 1 | 10.00 |
| 09/04/14 | 0250 | 25000002 | LABETALOL 5 MG/ML SOLN 20 ML VIAL | 1 | 10.00 |
| 09/04/14 | 0636 | J2710 | NEOSTIGMINE 1 MG/ML SOLN 10 ML VIAL | 20 | 23.00 |
| 09/04/14 | 0250 | 25000002 | GLYCOPYRROLATE 0.2 MG/ML SOLN 1 ML VIAL | 2 | 15.00 |
| 09/04/14 | 0636 | J7120 | LACTATED RINGERS SOLP 1,000 ML BAG | 1 | 16.00 |
| 09/04/14 | 0636 | J7120 | LACTATED RINGERS SOLP 1,000 ML BAG | 1 | 16.00 |
| 09/04/14 | 0636 | J2250 | MIDAZOLAM 1 MG/ML SOLN 2 ML VIAL | 2 | 7.00 |
| 09/04/14 | 0636 | J3010 | FENTANYL 50 MCG/ML SOLN 2 ML AMPUL | 2 | 7.00 |
| 09/04/14 | 0250 | 25000002 | PROPOFOL 10 MG/ML EMUL 20 ML VIAL | 1 | 33.00 |
| 09/04/14 | 0636 | J2001 | LIDOCAINE-PF 20 MG/ML (2 %) SOLN 5 ML VIAL | 10 | 11.00 |
| 09/04/14 | 0636 | J3010 | FENTANYL 50 MCG/ML SOLN 2 ML VIAL | 1 | 9.00 |

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/04/14 | 0636 | J3010 | FENTANYL 50 MCG/ML SOLN 2 ML VIAL | 1 | 9.00 |
| 09/04/14 | 0636 | J3010 | FENTANYL 50 MCG/ML SOLN 2 ML VIAL | 1 | 9.00 |
| 09/04/14 | 0250 | 25000002 | LABETALOL 5 MG/ML SOLN 20 ML VIAL | 1 | 10.00 |
| 09/04/14 | 0250 | 25000002 | LABETALOL 5 MG/ML SOLN 20 ML VIAL | 1 | 10.00 |
| 09/04/14 | 0940 | 94000001 | HC PLACE NEEDLE / CATH IN VEIN | 1 | 121.00 |

Total hospital charges: 15,396.56

## Hospital Payments and Adjustments

| Description | Amount |
|---|---|
| MEDICARE LMRP WRITE OFF - 09/16/14 | -32.00 |
| MEDICARE CONTRACTUAL WRITE OFF - 10/06/14 | -8,953.51 |
| MEDICARE CONTRACTUAL WRITE OFF - 10/07/14 | -23.00 |
| MEDICARE Payments  Coinsurance: 1,298.40  Non-covered: 55.00 | -5,089.65 |
| UHC COMM Payments | -1,298.40 |

Total hospital payments and adjustments: -15,396.56