**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**GEORGE GALLEGOS**

          **Plaintiff,**

**v.**                                       **Civ. No. 15-00638 RB-KK**

**RICHARD TRUJILLO and JASON**
**GALLEGOS, in their individual capacities, and**
**THE CITY OF ESPANOLA,**

      **Defendants.**

**NOTICE OF FILING OF EXHIBIT 3 IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE**
**INDIVIDUAL DEFENDANTS**

Plaintiff hereby gives Notice of the filing of Exhibit 3, a cd, to his Motion for

Partial Summary Judgment Against The Individual Defendants.  Doc. 23-3.

                          S/Richard Rosenstock
                          1121 Paseo de Peralta
                          Santa Fe, NM 87501
                          505-988-5324 Fax: (505-989-4844)
                          richard.rosenstock@gmail.com

                          Attorney for Plaintiff

CERTIFICATE OF SERVICE OF PLAINTIFF'S NOTICE OF FILING EXHIBIT 3
MOTION FOR PARTIAL SUMMARY JUDGMENT

       I hereby certify that I caused a copy of this Motion to be electronically served on all counsel of record at their respective email addresses as registered on CM/ECF on the date of filing hereof.

                          s/Richard Rosenstock_____
                          Richard Rosenstock