IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGE GALLEGOS

v.  Case No. 15-CV-00638 RB/KK

RICHARD TRUJILLO and JASON
GALLEGOS, in their individual capacities, and
THE CITY OF ESPANOLA,

    Defendants.

## NOTICE OF EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE INDIVIDUAL DEFENDANTS

**COME NOW** the Defendants Richard Trujillo, Jason Trujillo and the City of Espanola (hereinafter collectively referred to as "Espanola Defendants"), by and through their attorneys of record Basham & Basham, P.C., and hereby give notice that, pursuant to Local Rule 7.4(a), the Plaintiff has agreed to extend the deadline for the Espanola Defendants to file Response to Plaintiff's Motion for Partial Summary Judgment Against Individual Defendants [DOC 23]. The new deadline for the Response is February 1, 2016. This extension of briefing time does not interfere with established case management deadlines.

    Respectfully submitted by:

    Basham & Basham, P.C.

    */s/ Mark A. Basham*
    Mark A. Basham
    Peter A. Dwyer
    2205 Miguel Chavez, Suite A
    Santa Fe, New Mexico 87505
    505-988-4575
    mbasham@bbpcnm.com
    pdwyer@bbpcnm.com
    *Attorneys for Espanola Defendants*

Consented to:

*Electronically approved 01/27/16*
Richard Rosenstock
1121 Paseo de Peralta
Santa Fe, NM 87501
(505) 988-5324
Fax:(505) 989-4844
richard.rosenstock@gmail.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of January, 2016, I filed the foregoing *Espanola Defendants' Notice of Extension of Time to File Response,* which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Richard Rosenstock
1121 Paseo de Peralta
Santa Fe, NM 87501
(505) 988-5324
Fax:(505) 989-4844
richard.rosenstock@gmail.com
Attorney for Plaintiff

*/s/ Mark A. Basham*
Mark A. Basham