**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa
United States Magistrate Judge**

**Clerk's Minutes**

*Gallegos v. Trujillo et al*

Civ. No. 15-638 RB/KK

Wednesday, April 22, 2016 at 9:00 a.m.

**PLAINTIFF'S ATTORNEY PRESENT:**         Richard Rosenstock

**DEFENDANTS' ATTORNEYS PRESENT:**         Joseph L. Romero

**TYPE OF PROCEEDING:**     Telephonic Pre-Settlement Status Conference
Total Time – Fifty-Two Minutes

**CLERK'S MINUTES:**

- A confidential telephonic pre-settlement status conference was held in the above-referenced case.

- The individual Defendants are excused from attendance, but must make themselves available by telephone at all times during the settlement conference.

- Mr. Romero will submit a supplement to his confidential position statement addressing the Court's inquiry as soon as possible.

- Mr. Rosenstock will submit supplemental material for the Court's review as discussed.